KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant SAM KOUNHAVONG

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>SAM KOUNHAVONG,  )<br>  )<br>    Defendant.  )  | Case No. 12:00342 AWI<br><br>ORDER TO SET CHANGE OF PLEA HEARING<br><br>New date: 3/24/2014 at 10:00 am |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the previously set status conference date of March 24, 2014 at 1:00 p.m. before the Honorable Barbara McAuliffe, Magistrate Judge of the Eastern District, be vacated and that the matter be set for a change of plea on March 24, 2014 at 10:00 a.m. before the Honorable Anthony W. Ishii, Judge of the Eastern District.

There will be no delay from changing this time from March 24, 2014 at 1:00 p.m. to March 24, 2014 at 10:00 a.m., as defendant has already waived time under the Speedy Trial Act until March 24, 2014.

IT IS SO ORDERED.

Dated:  March 13, 2014                    _____
                                          SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28