KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant SAM KOUNHAVONG

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-CR-00342 AWI |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE SENTENCING HEARING |
| v. ) | |
| ) | New date: July 7, 2014 at 10:00 a.m. |
| SAM KOUNHAVONG, ) | |
| Defendant. ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the previously set sentencing hearing of June 2, 2014 at 10:00 a.m. be reset to July 7, 2014 at 10:00 a.m. due to the trial schedule of defense counsel. The matter will be set for sentencing on July 7, 2014 at 10:00 a.m. before the Honorable Anthony W. Ishii, Judge of the Eastern District.

IT IS SO ORDERED.

Dated:   May 21, 2014                                   _____
                                                                        SENIOR DISTRICT JUDGE