KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant SAM KOUNHAVONG

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-00342 AWI |
|     Plaintiff, | ) | |
| | ) | ORDER TO CONTINUE |
|     v. | ) | SENTENCING HEARING |
| | ) | New date: July 7, 2014 at 10:00 a.m. |
| SAM KOUNHAVONG, | ) | |
|     Defendant. | ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the previously set sentencing hearing of June 2, 2014 at 10:00 a.m. be

reset to July 7, 2014 at 10:00 a.m. due to the trial schedule of defense counsel.  The

matter will be set for sentencing on July 7, 2014 at 10:00 a.m. before the Honorable

Anthony W. Ishii, Judge of the Eastern District.

IT IS SO ORDERED.

Dated:   May 21, 2014     　　　　　　　_____

SENIOR  DISTRICT  JUDGE