KATHERINE HART #76715
Attorney at Law
1600 Fulton Street, Suite 120
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant SAM KOUNHAVONG

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12:00342 AWI |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE SENTENCING HEARING |
| v. ) | |
| ) | New date: September 8, 2014 at 10:00 a.m. |
| SAM KOUNHAVONG, ) | |
| Defendant. ) | |

Based on the stipulation between counsel, it is hereby ordered as follows:

That the previously set sentencing hearing of July 7, 2014  at 10:00 a.m. be reset to September 8,  2014 at 10:00 a.m. due to the medical needs of defendant. Time is waived under the Speedy Trial Act.  The matter will be set for sentencing on September 8. 2014  at 10:00 a.m. before the Honorable Anthony W. Ishii, Judge of the Eastern District.  All conditions of pretrial release remain in full force and effect.

IT IS SO ORDERED.

Dated:   July 1, 2014                                    _____
                                                                              SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28