IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No 1:12-cr-00342-AWI-BAM-3 |
| Plaintiff, | ) ORDER EXTENDING SELF-SURRENDER ) DATE |
| vs. | ) |
| SAM KOUNHAVONG, | ) |
| Defendant. | ) |

    The above named defendant was sentenced on September 8, 2014 to a term of 24 months in custody.  For the purposes of obtaining and reviewing medical records, and to ensure the defendant will have adequate medical care while incarcerated,

    IT IS HEREBY ORDERED that the defendant's previously ordered self-surrender date of January 5, 2015, is delayed until January 26, 2015. All other orders regarding sentencing remain in full force and effect.

IT IS SO ORDERED.

Dated:   January 5, 2015

_____
SENIOR DISTRICT JUDGE