IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No 1:12-cr-00342-AWI-BAM-3 |
| Plaintiff, | ) FIFTH ORDER EXTENDING<br>) SELF-SURRENDER DATE |
| vs. | ) |
| SAM KOUNHAVONG, | ) |
| Defendant. | ) |

   The above named defendant was sentenced on September 8, 2014 to a term of 24 months in custody.  For the purposes of allowing new counsel time to review this case with the defendant and to set a motion briefing schedule,

   IT IS HEREBY ORDERED that the defendant's previously ordered self-surrender date of April 27, 2015, is delayed until June 22, 2015. All other orders regarding sentencing remain in full force and effect.

IT IS SO ORDERED.

Dated:   April 28, 2015                                                     
                                        SENIOR  DISTRICT  JUDGE